WHITE ET AL., APPELLEES, *v.* CITY OF DAYTON, APPELLANT, ET AL.

[Cite as *White v. Dayton* (2001), 91 Ohio St.3d 201.]

(Nos. 00–553 and 00–554—Submitted February 28, 2001—Decided March 28, 2001.)

---

The judgment of the court of appeals is affirmed on the authority of *Stevens v. Ackman* (2001), 91 Ohio St.3d 182, 743 N.E.2d 901.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

---

*Jeffrey R. McQuiston, Richard S. Skelton* and *Richard D. Donenfeld,* for appellees.

*J. Rita McNeil,* Director of Law; *Freund, Freeze & Arnold, Neil F. Freund* and *Lynnette Pisone Ballato,* for appellant.